IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

v.                                                      CASE NO.: 1:11cv87-SPM/GRJ

ILLUMINATIONS I, INC.,
a Florida corporation,

    Defendant.

_____/

## ORDER

This cause comes before the Court upon Plaintiff's Motion to Strike "Notice of Billing History by Counsel for Defendant" (DE 14) and Memorandum of Law in Support Thereof (doc. 15). Defendant did not file a response. Plaintiff requests that the Court strike defendant's notice of billing history for failure to comply with the Court's scheduling order. Specifically, the document was not timely filed and it failed to state the total hours represented. Upon consideration, it is

**ORDERED AND ADJUDGED**:

1.    The motion (doc. 15) is **granted**.

2.    Defendant's notice of billing history (doc. 14) is stricken.

DONE AND ORDERED this 30th day of January, 2012.

                                                  *S/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge