IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

v.                                  CASE NO.: 1:11cv87-SPM/GRJ

ILLUMINATIONS I, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Notice of Settlement (doc. 32). Plaintiff indicates that the parties have reached an agreement to settle the substantive issues, but are still finalizing settlement documents. The parties plan to file a Joint Request for Entry of Consent Decree and Reference to a U.S. Magistrate Judge, requesting the determination of attorney's fees, expenses and costs and for entry of final judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that the trial scheduled for April 9, 2012 is cancelled.

DONE AND ORDERED this 15th day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge