IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

v.                                                                   CASE NO.: 1:11cv87-SPM/GRJ

ILLUMINATIONS I, INC.,
a Florida corporation,

    Defendant.
_____/

**<u>ORDER APPROVING CONSENT DECREE
AND REFERENCE TO U.S. MAGISTRATE JUDGE</u>**

       This cause comes before the Court upon the Joint Request for Entry of Consent Decree and Reference to U.S. Magistrate Judge (doc. 46).  The parties jointly move the Court to approve the Consent Decree and retain jurisdiction over this matter for the enforcement of the Consent Decree.  Pursuant to 28 U.S.C. § 636, the parties also jointly move that this matter be referred to a United States Magistrate Judge for the issue of determining the amount of attorney's fees, litigation expenses, and costs to be awarded to Plaintiff's counsel, as set forth in the Consent Decree, and for entry of final judgment thereon.  The parties have agreed on the issue of entitlement in the Consent Decree and respectfully request the Court determine the amount of attorney's fees, litigation expenses, and costs to be awarded to Plaintiff's counsel.  Accordingly, it is

**ORDERED AND ADJUDGED**:

1. The Consent Decree (doc. 46-1) is approved. The Court retains jurisdiction over this matter for the enforcement of the Consent Decree.

2. The Clerk is directed to refer this matter to a United States Magistrate Judge for determination of the amount of attorney's fees, litigation expenses, and costs to be awarded to Plaintiff's counsel and for entry of final judgment thereon.

3. Any pending motions are denied as moot.

4. The Clerk is directed to close this case.

DONE AND ORDERED this 19th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge