UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

        Plaintiff,

v.                                      Case No.  1:11-cv-87-SPM-GRJ

ILLUMINATIONS I, INC.,
a Florida corporation,

        Defendant.
_____/

## ORDER

Pursuant to the Court's Order of Reference (Doc. 47) this matter has been referred to the undersigned to determine the amount of attorney's fees, litigation expenses, and costs to be awarded to Plaintiff's counsel.  The Court has approved the consent decree and the parties have agreed on the issue of entitlement to attorney's fees.

The procedure for determining the amount of attorney's fees, litigation expenses and costs to be awarded shall be as follows.  On or before **August 3, 2012** Plaintiff is directed to file a motion for attorney's fees, litigation expenses and costs and memorandum with supporting materials and affidavits containing the following information: (1) a detailed itemization of the reasonable number of hours incurred in support of Plaintiff's request for attorney's fees,[1] and (2) the hourly rate claimed for

---

[1] The itemization shall include the date the services were performed, a description of the services performed and the hours or fractions thereof incurred in performing each of such services.

each attorney or paralegal performing services and the rate claimed for each timekeeper. Further, Plaintiff shall serve and file any affidavits of experts regarding the reasonable amount of attorney's fees to be awarded, which shall contain the substance of the opinion(s) to be offered by the expert, including the expert's opinion on the reasonable number of hours and hourly rate(s) to be applied in this case, the data and other information considered by the expert in forming his or her opinion(s), and the qualifications of the expert.  Plaintiff shall also file an affidavit or bill of costs detailing the litigation expenses and costs Plaintiff is requesting.

     On or before **August 17, 2012** Defendant shall file and serve its memorandum in response to Plaintiff's motion. Additionally, Plaintiff shall file and serve any affidavits of experts regarding the requested award of attorney's fees, which shall contain the substance of the opinion(s) to be offered by the expert, including, if applicable, the expert's opinion on the reasonable number of hours and hourly rate(s) to be applied in this case, the data and other information considered by the expert in forming his or her opinion(s), and the qualifications of the expert.

     Upon receipt of the filings the Court will take the matter under advisement and, if necessary, will schedule an evidentiary hearing to determine the amount to be awarded with regard to Plaintiff's claim for attorney's fees. If either party wants the Court to

schedule a hearing on the motion a request for a hearing should be included in the motion or the response.[2]

**DONE AND ORDERED** in Gainesville, Florida, on this 20th day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[2] To the extent that the parties stipulate to the submission in evidence of the affidavits of their attorney's fee experts, the hearing will be limited to argument of counsel. If the parties do not stipulate to the submission of expert opinions by affidavit, the Court will hear the testimony from the parties' respective experts at the hearing in addition to argument of counsel.