UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

        Plaintiff,

v.                              Case No.  1:11-cv-87-GRJ

ILLUMINATIONS I, INC.,
a Florida corporation,

        Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion For Enlargement of Time to File Motion For Attorney's Fees And Costs. (Doc. 49.) Plaintiff requests a fourteen day extension of time to file her motion for attorney's fees, litigation expenses and costs. Defendant does not oppose the request

Upon due consideration, it is **ORDERED**:

1.  Plaintiff's Unopposed Motion For Enlargement of Time to File Motion For Attorney's Fees And Costs (Doc. 49) is **GRANTED**.

2.  The deadline for Plaintiff to file her motion for attorney's fees, litigation expenses and costs is extended to **August 17, 2012**.

**DONE AND ORDERED** in Gainesville, Florida, on this 6th day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge