UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

       Plaintiff,

v.                                                  Case No.  1:11-cv-87-GRJ

ILLUMINATIONS I, INC.,
a Florida corporation,

       Defendant.
_____/

## **ORDER**

      Pending before the Court is Defendant's Motion For Extension of Time to File Response to Plaintiff's Motion For Attorney's Fees and Costs. (Doc. 55.) Defendant requests a fourteen (14) day extension of time to file its response to Plaintiff's Motion for Attorney's Fees and Costs. Defendant advises that its current counsel only learned recently that prior counsel had not responded to Plaintiff's motion for attorney's fees and that the deadline to respond had expired. Defendant advises that its counsel has contacted counsel for Plaintiff and Plaintiff neither opposes nor supports the requested extension.

      While there may be serious issues with the failure of Defendant's prior counsel to respond timely or to take appropriate action to insure that a response was filed timely, the Court, nonetheless, concludes that under these circumstances Defendant's current counsel has demonstrated cause for the extension. Further, a brief extension of time will not prejudice the Plaintiff.

      Accordingly, upon due consideration, it is **ORDERED**:

1  Defendant's Motion For Extension of Time to File Response to Plaintiff's Motion For Attorney's Fees and Costs (Doc. 55) is **GRANTED**.

2.  The deadline for Defendant to file its response to Plaintiff's Motion For Attorney's Fees and Litigation Expenses And Costs is extended to **October 5, 2012**.

**DONE AND ORDERED** in Gainesville, Florida, on this 27th day of September 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge